# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LORENZO BARBOSA-HERNANDEZ (15),<br><br>　　　　　　Defendant. | Case No. 06CR0590-H<br><br>JUDGMENT AND ORDER OF DISMISSAL |

　　Based upon the motion of the United States (Doc. No. 1166), the Court grants the government's motion to dismiss with prejudice the original Indictment (Doc. No. 46) and the First Superseding Indictment (Doc. No. 305) in the above entitled case against defendant Lorenzo Barbosa-Hernandez. The defendant is hereby discharged as to this case only and all pending arrest warrants in this case are hereby recalled.

　　IT IS SO ORDERED AND ADJUDGED.

DATED: June 23, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE MARILYN L. HUFF
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE